ACCEPTED
01-09-00328-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 8:58:44 AM
CHRISTOPHER PRINE
CLERK

NO. 01-09-00328-CV

In The
**FIRST COURT OF APPEALS**
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 8:58:44 AM
CHRISTOPHER A. PRINE
Clerk

**SAMSON LONE STAR, LIMITED PARTNERSHIP N/K/A SAMSON EXPLORATION, LLC**

*Appellant–Cross-Appellee,*

**V.**

**CHARLES G. HOOKS III, et al.**

*Appellees–Cross-Appellants.*

*Appeal from Cause B173008-B*
*60th District Court*
*Jefferson County, Texas*

## JOINT AGREED MOTION BY APPELLEES/CROSS-APPELLANTS AND APPELLANT/CROSS-APPELLEE FOR EXTENSION OF TIME TO FILE RESPONSES

Appellees/Cross-Appellants ("the Hooks") and Appellant/Cross-Appellee, Samson Lone Star L.L.C. n/k/a Samson Exploration, LLC ("Samson") jointly move to request an extension of time in which to file their responses in the referenced appeal. Both Hooks and Samson request an extension of sixteen days **to and including August 21, 2015** in which to file their responses to supplemental briefs. In support of this motion, the parties would show as follows:

1.      Under the current briefing schedule, the parties' responses to supplemental briefing requested by the Court are due August 5, 2015.

2.    The primary attorneys responsible for preparing and filing the responses on behalf of each of the parties have commitments and conflicts in their schedules that necessitate this request for an extension of time. Those conflicts include:

a.    Counsel for the Hooks has a long-scheduled vacation out of the country at the end of the July and has pre-trial deadlines and other work commitments that were already on the calendar before the supplemental briefing in this matter was scheduled.

b.    Counsel for Samson is currently working on an Appellee's brief in an antitrust and Lanham Act appeal involving significant damages and injunctive relief, which brief is currently due in the Fifth Circuit also in August. Moreover, different deadlines for Appellant and Cross-Appellants to file their response briefs would create complications and awkwardly mismatched corresponding deadlines between the parties. Having such mismatched deadlines would likely not expedite this appeal, so a matching extension for Appellant/Cross-Appellee Samson should not cause delay.

3.    This is the first extension of time for filing the response briefs that the parties have requested.

4.     The parties have conferred with one another regarding their mutual motions for extension of time and have both agreed to each other's requested extension, as shown by their filing of this joint agreed motion.

WHEREFORE, PREMISES CONSIDERED, Appellees/Cross-Appellants, the Hooks, and Appellant/Cross-Appellee, Samson jointly request the Court for an extension of time to and including **August 21, 2015** in which to file their respective responses in the referenced action.

*/s/ Marla Broaddus*

Shannon H. Ratliff
State Bar No. 16573000
Marla Broaddus
State Bar No. 24001791
Ratliff Law Firm, PLLC
600 Congress Avenue, Suite 3100
Austin, Texas 78701
(512) 493-9600
(512) 493-9625 (Fax)
sratliff@ratlifflaw.com
mbroaddus@ratlifflaw.com

David M. Gunn
State Bar No. 08621600
Beck Redden, LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)
dgunn@beckredden.com

Paul F. Simpson
State Bar No. 18403800
McGinnis Lochridge, LLP
711 Louisiana Street, Suite 1600
Houston, Texas 77002
(713) 615-8506
(713) 328-1806 (Fax)
psimpson@mcginnislaw.com

Patton G. Lochridge
State Bar No. 12458500
McGinnis Lochridge, LLP
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 (Fax)
plochridge@mcginnislaw.com

ATTORNEYS FOR APPELLEES/CROSS-APPELLANTS THE HOOKS PARTIES

*/s/ Cynthia K. Timms*
Michael V. Powell
State Bar No. 16204400
Cynthia K. Timms
State Bar No. 11161450
LOCKE LORD, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
mpowell@lockelord.com
ctimms@lockelord.com
(214) 740-8000
(214) 740-8800 (Fax)

M.C. Carrington
State Bar No. 03880800
Mehaffy Weber
P.O. Box 16
Beaumont, Texas 77704
(409) 835-5011
(409) 835-5177 (Fax)

Dick Watt
State Bar No. 20977700
Watt Beckworth Thompson & Henneman, LLP
1800 Pennzoil Place, South Tower
711 Louisiana Street
Houston, Texas 77002
(713) 650-8100
(713) 650-8141 (Fax)

ATTORNEYS FOR APPELLANT/CROSS-APPELLEE SAMSON LONESTAR LIMITED PARTNERSHIP N/K/A/ SAMSON EXPLORATION, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2015, a true and correct copy of the above and foregoing Motion for Extension of Time was forwarded to all counsel of record by ECF and email as follows:

Michael V. Powell
Cynthia K. Timms
LOCKE LORD, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
mpowell@lockelord.com
ctimms@lockelord.com

M.C. Carrington
Mehaffy Weber
P.O. Box 16
Beaumont, Texas 77704
mccarrington@mehaffyweber.com

Dick Watt
Watt Beckworth Thompson &
Henneman, LLP
1800 Pennzoil Place, South Tower
711 Louisiana Street
Houston, Texas 77002
dwatt@wattbeckworth.com

*Attorneys for Appellant/Cross-Appellee, Samson*

/s/ Marla Broaddus
Marla Broaddus